

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

5/11/2022

Tamara Brown
PO Box 383064
Germantown, TN 38183

Case No: 22-cv-982 NEB/DTS
Re: Summons received on 5/9/2022

Dear : Tamara Brown

We received Summons from you on 5/9/2022. Since your IFP is still pending, we are not able to issue summons in your case at this time. Once your IFP is approved, the Clerk's Office will contact you via letter as to the next steps in this process.

Enclosed is a copy of the Pro Se Civil Guidebook and Information Sheet #2 – Service of Process, that may assist you. If you are able, please visit "Representing Yourself (Pro-Se)" on the U.S. District Court's website at: http://www.mnd.uscourts.gov.

Sincerely,

Kate M. Fogarty, Clerk

(mtb)